ORIGINAL

**FILED**

08/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0004

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 24-0004

IN RE THE PETITION OF
SAMUEL BEN BEHAR

ORDER

FILED

AUG 2 0 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

On August 6, 2024, this Court granted the petition of Samuel ben Behar for reinstatement to active status in the State Bar of Montana. Ben Behar represented in his petition that he had been on inactive status since April 2024. Shortly after the Court issued the Order, the State Bar of Montana contacted the Court and advised that ben Behar voluntarily elected inactive status in April 2016 and had remained on inactive status since that time. On August 7, 2024, we withdrew our August 6, 2024 Order admitting ben Behar to the active practice of law pending further review.

On August 13, 2024, ben Behar filed a Clarification of Petition, in which he explained he had misunderstood the petition form and mistakenly provided the date he most recently elected inactive status, upon payment of Bar dues in April 2024, rather than the date that he first elected inactive status in April 2016. Ben Behar's Clarification states that he "most certainly did not mean to conceal any information that the Court deems necessary in its consideration of this petition." The Court appreciates ben Behar's clarification.

Under Section 3(e) of the Bylaws of the State Bar of Montana, an inactive member may be readmitted to active status by completing certain requirements, including completion of Continuing Legal Education (CLE) credits, as ordered by this Court and in accord with the Rules of Mandatory Continuing Legal Education (MCLE). MCLE Rule 14 requires that an inactive member seeking reinstatement must complete 15 hours of approved CLE for each 12-month period the member was on inactive status, not to exceed

a total of 30 hours of approved CLE. Thus, the date upon which ben Behar elected inactive status determines how many credits of CLE, if any, he must complete prior to returning to active status. Ben Behar may request the CLE Commission to consider CLE credits obtained during the last two years, not applied to any previous Montana compliance requirement, for application toward this requirement, which may be undertaken by the Commission in its sole discretion.

Moreover, it is this Court's practice in cases where the petitioner has been on inactive status for an extended period of time to request that petitioners submit to an investigation conducted by the Commission on Character and Fitness. This may be a limited investigation, in the Commission's discretion. Therefore,

IT IS HEREBY ORDERED that ben Behar shall submit to an investigation conducted by the Commission on Character and Fitness, which, in its discretion, may be a limited investigation. Petitioner shall comply with the character and fitness process and timely produce information and documentation as requested by the Commission. The Commission will investigate Petitioner's character and fitness in accordance with the Rules of Procedure of the Commission on Character and Fitness. The Commission will advise the Court whether the Petitioner has been certified, conditionally certified, or denied certification. If the Commission denies certification, the Commission will issue written findings of fact, conclusions of law, and a decision pursuant to Section 5(c)(6) of the Rules of Procedure of the Commission on Character and Fitness. If the Petitioner is certified or conditionally certified by the Commission on Character and Fitness, the Petitioner shall be admitted to the active practice of law in Montana upon payment of appropriate dues and fees and penalties to the State Bar of Montana.

IT IS FURTHER ORDERED that, if admitted, within six months of the date of this Order, Petitioner shall submit to the Board of Continuing Legal Education, P.O. Box 577, Helena, MT 59624, proof of attendance at thirty hours of approved Continuing Legal Education to be credited to the time Petitioner was on inactive status. Consideration of continuing education credits obtained by the petitioner during the last two years, not

applied to previous Montana requirements, for application to this requirement can be undertaken by the CLE Commission, in its sole discretion.

The Clerk is directed to provide copies of this Order to Petitioner and to the State Bar of Montana.

DATED this 20th day of August 2024.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices